UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Boeck,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

Case No. 25-11882
Honorable Elizabeth A. Stafford

## JUDGMENT

In accordance with the Opinion and Order entered on June 25, 2026, it is hereby **ORDERED** and **ADJUDGED** that (1) Plaintiff's Motion for Summary Judgment is **GRANTED**; (2) Defendant's Motion for Summary Judgment is **DENIED**; and (3) the ALJ's decision is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated: June 25, 2026

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge